Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of toy tea sets similar in all material respects to those the subject of *B. Shackman & Co. et al.* v. *United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 16, 1959

**No. 62978.**—Atlanta Trading Corp. *v.* United States, protest 307345-K (New York).

Opinion by JOHNSON, J. From an examination of the collector's additional memorandum, received in evidence at the trial, it appears that 5 out of the 12 propellers imported were of American manufacture. The protest was abandoned as to the other 7 propellers. On the record presented and following Abstract 57104, the claim of the plaintiff was sustained as to the 5 propellers. The protest was dismissed as to the other 7 propellers.

**No. 62979.**—Eberling & Reuss Co. *v.* United States, protests 262041-K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62980.**—Eberling & Reuss Co. *v.* United States, protests 292611-K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62981.**—Eberling & Reuss Co. *v.* United States, protests 295346-K, etc. (Philadelphia).

354

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 62982.—Abels Wasserberg & Co., Inc. *v.* United States, protest 58/14611 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 62983.—Henry Lutjen and Campbell Soup Co. *v.* United States, protest 284117–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cooked boneless cow beef, not packed in airtight containers and not pickled or cured, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 23, 1959

No. 62984.—M. Pressner & Co. *v.* United States, protest 323747–K (New York).

OLIVER, Chief Judge: This protest relates to certain miniature glass articles in the form or shape of different kinds of animals. They were assessed with duty at the rate of 50 per centum ad valorem under paragraph 218(f) of the Tariff Act of 1930, as modified by T.D. 51802, as articles, composed of colored, decorated glass. Plaintiff claims that the merchandise is properly dutiable at the rate of 30 per centum ad valorem under the provisions of paragraph 218(f) of the Tariff Act of 1930, as modified by T.D. 53865, supplemented by T.D. 53877, which, so far as pertinent, reads as follows:

218(f) All articles (not including table and kitchen articles and utensils) of every description not specially provided for, composed wholly or in chief value of glass, blown or partly blown in the mold or otherwise, or colored, cut, engraved, etched, frosted, gilded, ground (except such grinding as is necessary for fitting stoppers or for purposes other than ornamentation), painted, printed